```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**BLUEHIPPO FUNDING, LLC,**
a Maryland limited liability corporation and
**BLUEHIPPO CAPITAL, L.L.C.,**
a Nevada limited liability corporation, and

      Plaintiffs

v.                                            CIVIL ACTION NO. 2:07-0399

**DARRELL V. MCGRAW, JR.,**
in his official capacity as
Attorney General of the
State of West Virginia, and
**VIRGIL T. HELTON,**
in his official capacity as
Secretary of the
Department of Revenue of the
State of West Virginia,

      Defendants

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day, it is ORDERED and ADJUDGED that the plaintiffs, BlueHippo Funding, LLC, and BlueHippo Capital, L.L.C., take nothing in the way of the declaratory and injunctive relief sought against the defendants, Darrell V. McGraw and Virgil T. Helton, in this action and that judgment be, and it hereby is, entered in favor of the defendants.  It is further ORDERED that this action be, and it hereby is, dismissed with prejudice and stricken from the docket.

   The Clerk is directed to forward copies of this order to all counsel of record.

            DATED: February 25, 2009

            _____
            John T. Copenhaver, Jr.
            United States District Judge